# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, J.S. SMITH**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**STEVEN D. HEDRICK**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201300438**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 27 August 2013.
**Military Judge:** LtCol Nicole K. Hudspeth, USMC.
**Convening Authority:** Commanding Officer, MALS-14, MAG-14, 2d MAW, Cherry Point, NC.
**Staff Judge Advocate's Recommendation:** LtCol J.J. Murphy, USMC.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**24 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court